Glisson, Jermaine  4  5850462 – JGL
Docket Number: 1:16CR281



**23 CR 29**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]   Transfer of Jurisdiction to the Southern District of New York APPROVED

[ ]   Transfer of Jurisdiction to the Southern District of New York DENIED

[ ]   Other

_____
_____
_____

_____
Nelson S. Román, U.S.D.J.

1/20/2023
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2023

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 1: 16-cr-00281-PKC |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | **23 CR 29** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jermaine Glisson | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Pamela K. Chen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/18/2020 — TO 9/17/2023 |

**OFFENSE**

Count 4: Hobbs Act Robbery, in violation of 18 U.S.C. §1951(a), Class C Felony; and Count 6: Possession of a Firearm During Crimes of Violence, in violation of 18 U.S.C. §924(c)(1)(A)(i), a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  New York

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of New York  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 1/17/2023 | s/Hon. Pamela K. Chen |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Southern  DISTRICT OF  New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 1/20/2023 | [signature] |
|---|---|
| *Effective Date* | *Nelson S. Román, U.S.D.J.* |