USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/1/2023__

**MEMORANDUM ENDORSEMENT**

<u>Abdulla v. United Parcel Service Inc. et al</u>

7:23-cv-04045-NSR

    The Court is in receipt of the letters filed by Defendants United Parcel Service, Inc., Michael Grullon, Lonnie Patterson, Elijah Hamilton, and John Doe (identified as Luis Poveda) (collectively, "UPS") requesting a pre-motion conference to seek leave to file a motion to dismiss.  (ECF Nos. 4 and 6.)  Plaintiff was given until May 26, 2023 to provide a response, but none was provided.

    Upon the Court's review of the letters, the Court waives the pre-motion conference requirement and GRANTS Defendants leave to file a motion to dismiss pursuant to the following briefing schedule:

- Defendants are to serve (not file) opening papers on or before July 6, 2023;
- Plaintiff is to serve (not file) opposition papers on or before August 7, 2023;
- Defendants are to serve reply papers on or before August 22, 2023.

    The parties are directed to file on ECF their motion papers on the reply date, August 22, 2023.  The parties are also directed to mail two courtesy copies to chambers as the papers are served, and to email one courtesy copies to chambers.

    The Clerk of the Court is kindly directed to terminate the motions at ECF Nos. 4 and 6.

Dated: June 1, 2023
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE