UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

JERMAINE GLISSON,

                    Defendant.

No. 23 CR 0029-01 ( NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service**

    **It is hereby ORDERED** that defendant, JERMAINE GLISSON, Reg # 89384-053, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated:   October 4, 2023
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/4/2023__